1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE DISTRICT OF ARIZONA**

8 **Jeffrey E. Akard,**                                      )
                                                            ) **CV-17-271-TUC-DCB**
9                              **Petitioner,**               )
                                                            ) **ORDER**
10 **vs.**                                                  )
                                                            )
11 **J.T. Shartle,**                                         )
                                                            )
12                              **Respondent.**              )
                                                            )
13                                                           )

14 ───────────────────────────────

15      Magistrate Judge Bowman issued her Report and Recommendation on November 1,

16 2017, recommending that the District Court deny the Petition for Writ of Habeas Corpus and

17 dismiss the action with prejudice.  A copy was sent to all parties, notifying all parties that

18 written objections must be filed within fourteen days of service.  28 U.S.C. §636(b).  No

19 objections to the Magistrate Judge's Report and Recommendation have been filed.

20 Consequently, any objections that have not been raised are waived and will not be addressed

21 by the Court.

22      The Court, having made an independent review of the record, orders as follows:

23      IT IS ORDERED that Magistrate Judge Bowman's  Report and Recommendation

24 (Doc. No. 18) is  ACCEPTED and ADOPTED by this Court as the findings of fact and

25 conclusions of law.

26      IT IS ORDERED that the Petition for Writ of Habeas Corpus (Doc. 1) is DENIED

27 / / /

28

1  and this action is dismissed with prejudice.  The Clerk's Office is directed to enter a Final

2 Judgment separately.

3         DATED this 20th day of November, 2017.

David C. Bury
United States District Judge